November 1, 2024

Jasmyn G. Richardson
Deputy Chief, Civil Rights Division – Voting Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
4CON 8th Floor
Washington, DC 20530

Dear Ms. Richardson:

Earlier today, the Office of the Texas Secretary of State learned of a press release issued by the U.S. Department of Justice indicating that the department plans to "monitor compliance with federal voting rights laws in 86 jurisdictions in 27 states" for the November 5, 2024 general election.[1] The press release stated that the Justice Department would be sending election monitors to eight Texas counties (Atascosa, Bexar, Dallas, Frio, Harris, Hays, Palo Pinto, and Waller).

Texas law is clear: Justice Department monitors are not permitted inside a polling place where ballots are being cast or a central counting station where ballots are being counted. As to the polling place, Section 61.001 of the Texas Election Code identifies those persons who may be lawfully present on election day; federal inspectors are not included in the enumerated list. TEX. ELEC. CODE § 61.001(a-1). Nor are federal inspectors specified in the list of persons permitted in the central counting station while ballots are being counted. *See id.* § 127.008(b).

Rest assured that Texas has robust processes and procedures in place to ensure that eligible voters may participate in a free and fair election.

Sincerely,

Jane Nelson
Secretary of State

---

[1] *See* U.S. Dep't of Justice, *Justice Department to Monitor Polls in 27 States for Compliance with Federal Voting Rights Laws*, https://www.justice.gov/opa/pr/justice-department-monitor-polls-27-states-compliance-federal-voting-rights-laws (Nov. 1, 2024).