UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and KEN PAXTON, in his official capacity at Attorney General of Texas,<br>　　　　*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division; XOCHITL HINOJOSA, in her official capacity as Director of the Office of Public Affairs of the Department of Justice; DEPARTMENT OF JUSTICE; ROB SHIVER, in his official capacity as Acting Director of the Office of Personnel Management, and OFFICE OF PERSONNEL MANAGEMENT,<br>　　　　*Defendants*. | CIVIL ACTION NO. 2:24-CV-237 |

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
OR IN THE ALTERNATIVE A REQUEST FOR STAY**

Plaintiffs move for a temporary restraining order (Fed. R. Civ. P. 65), an administrative stay, or a statutory stay of agency action (5 U.S.C. § 705) against Defendants' monitoring voting in the Texas in the 2024 election and against specifically against staff from the Department of Justice and the Office of Personnel Management being present at voting locations and central count stations in the 2024 election. Texas law does not allow federal monitors to be present at those sites, and no federal law preempts Texas law.

If this TRO is not granted, Texas will be irreparably harmed before this case can be adjudicated on the merits.

Plaintiffs believe the Court can adjudicate the emergency motion without a hearing. But should this Court choose to hold a hearing on this Motion, Plaintiffs are available anytime via teleconference.

If the Court grants a TRO, Plaintiffs request that it remain in effect through Election Day.

In support of this Motion, Plaintiffs rely on the arguments in the accompanying Brief in Support of Motion for Temporary Restraining Order.

Date: November 4, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D WALTERS
Chief, Special Litigation Division

Respectfully submitted,

*/s/Ryan G. Kercher*
RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Texas State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Texas State Bar No. 24118415

WILLIAM D. WASSDORF
Assistant Attorney General
General Litigation Division
Texas State Bar No. 24103022

MARK CSOROS
Assistant Attorney General
Texas State Bar No. 24142814

OFFICE OF THE TEXAS ATTORNEY GENERAL
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

COUNSEL FOR PLAINTIFFS