UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and<br>KEN PAXTON, in his official capacity at<br>Attorney General of Texas,<br>　　　*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official<br>capacity as Attorney General of the United<br>States; KRISTEN CLARKE, in her official<br>capacity as Assistant Attorney General for<br>the Civil Rights Division; XOCHITL<br>HINOJOSA, in her official capacity as<br>Director of the Office of Public Affairs of<br>the Department of Justice;<br>DEPARTMENT OF JUSTICE; ROB<br>SHIVER, in his official capacity as Acting<br>Director of the Office of Personnel<br>Management, and OFFICE OF<br>PERSONNEL MANAGEMENT,<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.2:24-cv-237 |

**ORDER GRANTING APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

Before the Court is Plaintiffs' Application for a Temporary Restraining Order or Stay of Agency Action (Dkt. __). After considering the motion, any opposition, the record, and relevant authorities, the Court hereby GRANTS the motion. Therefore, it is hereby ORDERED that:

Defendants, their respective officers, agents, servants, employees, and attorneys, and all other persons who are in active concert with them are hereby ENJOINED and RESTRAINED from entering Texas polling places or central counting stations, or otherwise attempting to engage in "election monitoring" in Texas for the November 5, 2024 election.

Any requirement that Plaintiffs give security is WAIVED. Fed. R. Civ. P. 65(c).

1

It is also ORDERED that Defendants' policy, pattern, or practice of entering Texas polling places or central counting station for "election monitoring" is STAYED.

Unless modified by a subsequent order from this Court, this temporary restraining order expires 14 days after its entry, and the stay shall remain in effect pending a final resolution of the merits of this case or until a further order from this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

SIGNED on this the _____ day of _____, 2024.

_____
Hon. Matthew J. Kacsmaryk, United States District Judge