# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and KEN PAXTON, in his official capacity at Attorney General of Texas,<br>　　　*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division; XOCHITL HINOJOSA, in her official capacity as Director of the Office of Public Affairs of the Department of Justice; DEPARTMENT OF JUSTICE; ROB SHIVER, in his official capacity as Acting Director of the Office of Personnel Management, and OFFICE OF PERSONNEL MANAGEMENT,<br>　　　*Defendants*. | § § § § § § § § § § § § § § § § § § §　　Civil Action No. 2:24-cv-237 |

## JOINT NOTICE OF COMPLIANCE

The Parties file this Joint Notice of Compliance with the Court's order issued early this morning. ECF 5. Following the filing of the instant suit, but before the Court issued its order, counsel for Defendants informed counsel for Plaintiffs that Defendants had notified the relevant local election officials that their monitors would be stationed outside. The Parties conferred and reached the agreement outlined in ECF No. 4. Plaintiffs filed a notice of the Parties' agreement with the Court (ECF 4) to alert the Court that Plaintiffs were withdrawing their application for temporary restraining order based on the agreement. That notice appears to have crossed with the Court's order.

This Joint Notice is to notify the Court of the Parties' compliance with the Court's order:

- Plaintiffs confirm that Defendants have notice of the suit and previous application for TRO.
- Defendants confirm that, in addition to the Parties' agreement outlined in ECF 4, no observers under 52 U.S.C. § 10305 will be inside Texas polling locations or election tabulation centers.

Dated: November 5, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D WALTERS
Chief, Special Litigation Division

*/s/Ryan G. Kercher*
**RYAN G. KERCHER**
Deputy Chief, Special Litigation Division
Texas State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Texas State Bar No. 24118415

WILLIAM D. WASSDORF
Assistant Attorney General
General Litigation Division
Texas State Bar No. 24103022

MARK CSOROS
Assistant Attorney General
Texas State Bar No. 24142814

OFFICE OF THE TEXAS ATTORNEY GENERAL
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

COUNSEL FOR PLAINTIFFS

Respectfully submitted.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Jean Lin*
JEAN LIN
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-3716
Email: jean.lin@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

On November 5, 2024, this document was served on all counsel of record via email and through the Court's CM/ECF system.

*/s/Ryan G. Kercher*

**RYAN G. KERCHER**