UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and KEN PAXTON, in his official capacity at Attorney General of Texas,<br>　　*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division; XOCHITL HINOJOSA, in her official capacity as Director of the Office of Public Affairs of the Department of Justice; DEPARTMENT OF JUSTICE; ROB SHIVER, in his official capacity as Acting Director of the Office of Personnel Management, and OFFICE OF PERSONNEL MANAGEMENT,<br>　　*Defendants.* | CIVIL ACTION NO. 2:24-CV-237 |

## CASE STATUS UPDATE

On November 4, 2024—one day before the November 2024 federal and state elections—Plaintiffs filed their complaint and accompanying Motion for a Temporary Restraining Order to prevent Defendants from unlawfully installing election monitors in Texas voting locations and central counting stations. ECF Nos. 1, 2. Later on that same day, Plaintiffs and Defendants reached an agreement stipulating that:

    (1) Election monitors from the Department of Justice (DOJ) will remain outside of polling and central count locations;

    (2) DOJ understands that, within 100 feet of those locations, DOJ election monitors are subject to Texas law regarding electioneering and other conduct within 100 feet of polling and central count locations;

    (3) DOJ commits that consistent with its longstanding practice, it will not interfere with voters attempting to vote; and

1

(4) Texas recognizes that voters may speak with DOJ personnel at the referenced locations should they so choose, within the parameters set by the Texas Election Code.

ECF No. 4.

To Texas's knowledge, the Department of Justice has complied with this agreement. Accordingly, Texas plans to file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) no later than Friday, November 22, 2024. Texas reserves the right to initiate or renew suit upon discovery of any subsequent attempts to exceed the Department of Justice's statutory authority or to violate Texas election law.

Date: November 19, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D WALTERS
Chief, Special Litigation Division

Respectfully submitted,

/s/Kathleen T. Hunker
KATHLEEN T. HUNKER
Special Counsel
Texas State Bar No. 24118415

RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Texas State Bar No. 24060998

WILLIAM D. WASSDORF
Assistant Attorney General
General Litigation Division
Texas State Bar No. 24103022

MARK CSOROS
Assistant Attorney General
Texas State Bar No. 24142814

OFFICE OF THE TEXAS ATTORNEY GENERAL
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On November 19, 2024, this document was served on all counsel of record via email and through the Court's CM/ECF system.

*/s/Kathleen T. Hunker*
**KATHLEEN T. HUNKER**
Special Counsel